IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SYLVESTER THOMAS,

    Petitioner,

v.

DEBORAH MCCULLOCH, Director,
Sand Ridge Secure Treatment Center,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-143-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the petition of Sylvester Thomas for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice for his failure to exhaust his state court remedies.


By: _[signature]_, Deputy Clerk            4-18-12
Peter Oppeneer, Clerk of Court            Date